JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NONI GOTTI,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HOLLYWOOD 21 MKT; And DOES 1 THROUGH 10, Inclusive<br><br>　　　　　Defendants. | Case No.: CV09-2799-VBF-VBK<br><br>[Proposed] ORDER GRANTING STIPULATED DISMISSAL AND DISMISSAL <u>WITH</u> PREJUDICE OF ALL DEFENDANTS AND PLAINTIFF'S COMPLAINT IN ITS ENTIRETY<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

**IT IS HEREBY ORDERED,** pursuant to the Stipulated Dismissal filed by Plaintiff, via her attorneys of record that, on the one hand, and all Defendants, via their attorneys of record, on the other hand, that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court hereby enters a dismissal with prejudice of all Defendants from Plaintiff's Complaint, Case Number: CV09-2799-VBF-VBK. Additionally, Plaintiff's Complaint is hereby dismissed with prejudice in its entirety.

**IT IS SO ORDERED.**

Dated: **May 15, 2009**

*Valerie Baker Fairbank*

HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT COURT JUDGE


Case Number: CV09-2799-VBF-VBK